169 A.3d 981

ARMANDO LIVORA FLORES, PLAINTIFF–APPELLANT, v. BOARD OF REVIEW, DEFENDANT–RESPONDENT, AND DEPARTMENT OF LABOR AND U.S. SECURITY ASSOCIATES, INC., DEFENDANTS.

June 15, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002820–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

169 A.3d 981

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v. VERE D. CANNONIER, DEFENDANT–RESPONDENT.

June 15, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004364–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted and the matter is summarily remanded to the Superior Court, Appellate Division for reconsideration in light of *State v. Harper*, 229 *N.J.* 228, 160 *A.*3d 1281 (2017).